# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151290(36)(39)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                            SC: 151290
                            COA: 325503

MICHAEL DARNELL HARRIS,
        Defendant-Appellant.

                            Jackson CC: 82-029906-FC

_____/

      On order of the Court, the motion for reconsideration of this Court's March 29, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motion for clarity on MCR 6.502(G)(1) is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2016                

a0620                                     Clerk